SUBURBAN REALTY COMPANY *et al. v.* ELDER.

FISH, C. J. The only assignment of error being that "the verdict is contrary to evidence and without evidence to support it," "is decidedly and strongly against the weight of the evidence," and "is contrary to law and the principles of justice and equity," and the record disclosing that there is evidence sufficient to sustain the verdict, the court did not err in refusing a new trial.

> *Judgment affirmed. All the Justices concur.*
> AUGUST 17, 1912.

Complaint. Before Judge Bell. Fulton superior court. March 18, 1911.

*W. O. Wilson,* for plaintiffs in error.
*Hewlett & Dennis,* contra.